UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME BOYNTON,

    Plaintiff,

v.                                       Case No. 5:20-cv-326-TKW/MJF

MARK INCH, *et al.*,

    Defendant.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 7). No objections were filed.[1] Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's R&R is adopted and incorporated by reference in this order.

---

[1] The R&R was mailed to Plaintiff on June 21, 2021, at his address of record (Calhoun Correctional Institution, *see* Doc. 1, at 21; Doc. 2, at 2), but it was returned as "undeliverable" by the Post Office. *See* Doc. 8. The docket reflects that the R&R was re-mailed to Plaintiff at Baker Correctional Institution (the address listed for Plaintiff on the Florida Department of Corrections website) on July 14, 2021, so the Court delayed its consideration of the R&R until now to ensure that Plaintiff had adequate time to file objections if he was going to do so.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 9th day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**